UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HOME SOLUTIONS RESTORATION OF                CIVIL ACTION
LOUISIANA, INC.

VERSUS                                        NO: 07-9169

McCOY CONSTRUCTION, *ET AL*                   SECTION: R(3)


**ORDER**

Neither party has objected to the Magistrate Judge's Report and Recommendation and the Court adopts the Report as its own opinion. Accordingly, it is ordered that plaintiff's application for attorney's fees be GRANTED in the amount of $16,099.93 (*i.e.* $15,712.43 fees plus $387.50 costs).

New Orleans, Louisiana, this 9th day of April, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE